THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| KENNETH JEFFREYS, an individual, | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 1:18-cv-00411-LCB-JEP |
| vs. | ) ) |
| CITY OF GREENSBORO, d/b/a GREENSBORO COLISEUM COMPLEX, a Political Subdivision of the State of North Carolina, | ) ) ) ) |
| Defendant. | ) ) / |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all material issues in this case. The parties have finalized the terms of a written consent decree and hope to file a joint stipulation for approval of the consent decree and dismissal within ten (10) days once all parties have executed the decree. The parties further request that the Court adjourn all upcoming conferences and deadlines while they finalize their agreement.

Respectfully Submitted,                                  Respectfully Submitted,

 _/s/ Walter E. Daniels_                                  _/s/ Patrick M. Kane_
Walter E. Daniels, Esq.                                  Patrick M. Kane
NC Bar No. 27219                                         N.C. State Bar No. 36861
Daniels Law Firm, P.C.                                   pkane@foxrothschild.com
14 South Pack Square, Suite 502                          FOX ROTHSCHILD LLP
Asheville, North Carolina 28801                          300 N. Greene Street, Suite 1400
Tel: (828) 258-7022                                      Greensboro, NC 27401
Fax: (888) 277-2412                                      Phone: (336) 378-5200
E-mail: danielslawfirm.p.c.@gmail.com                    Fax: (336) 378-5400

1

and                                                                                      *Attorney for Defendant*

Brian T. Ku
*Pro Hac Vice*
FL Bar No. 610461
Ku & Mussman, P.A.
18501 Pines Boulevard
Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Brian@KuMussman.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Patrick M. Kane
> Fox Rothschild LLP
> 300 N. Greene Street, Suite 1400
> Greensboro, NC 27401

                                                                /s/     *Brian T. Ku*
                                                                       Brian T. Ku, Esq.