IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KENNETH JEFFREYS, | ) |
| Plaintiff, | ) |
| v. | ) 1:19CV411 |
| CITY OF GREENSBORO, | ) |
| Defendant. | ) |

**CONSENT JUDGMENT**

This matter is before the Court on the Joint Motion for Approval and Entry of Proposed Consent Decree. (ECF No. 39).

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that the Consent Decree is approved and entered by the Court.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant shall cause the barrier removal, alterations, and modifications set forth in the party's Consent Decree to be made to the Subject Property within twelve (12) months.

The Court Finds that such barrier removal, alterations, and modifications, as specified in the party's Consent Decree are in full satisfaction of Defendant's injunctive obligations under the ADA which are readily achievable and technically feasible under Title III of the ADA and the Rehabilitation Act.

IT IS FURTHER ORDERED AND ADJUDGED that the Court does in fact have jurisdiction over this matter and nothing precludes either party from petitioning the Court to reopen this matter for further entry of orders as may be necessary.

IT IS FURTHER ORDERED AND ADJUDGED that this action is hereby DISMISSED with prejudice.

This, the 28th day of February 2020.

/s/ Loretta C. Biggs
United States District Judge